IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALAN ARTHUR LITTLEFIELD, | ) | |
| Petitioner, | ) | Case No. 7:05CV00419 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE HINKLE, WARDEN, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 22nd day of November, 2005.

_____
United States District Judge