CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALAN ARTHUR LITTLEFIELD, ) | |
| Petitioner, ) | Civil Action No. 7:05cv00419 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GEORGE HINKLE, WARDEN, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure is **DENIED**.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 23rd day of March, 2007.

_____
United States District Judge

4